**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ALLEN VIDMOSKO,** | : | |
| Petitioner | : | CIVIL ACTION NO. 1:12-0410 |
| v. | : | (CONNER, D.J.) |
| | | (MANNION, M.J.) |
| **MS. LAMAS and PA STATE ATTORNEY GENERAL** | : | |
| | : | |
| Respondents | | |

### **REPORT AND RECOMMENDATION**[1]

On March 5, 2012, the petitioner filed the instant action pursuant to 28 U.S.C. §2254. (Doc. No. 1). The petitioner also filed an application to proceed *in forma pauperis* (Doc. No. 2), however, the petitioner failed to submit a certified copy of his inmate account statement along with his application to proceed *in forma pauperis*. On March 6, 2012 this court issued an order instructing the petitioner to either pay the appropriate filing fee or submit a certified copy of his inmate account. (Doc. No. 4). In that order the Court made the petitioner aware that failure to return the completed form in the allotted time will result in a recommendation that the petition be dismissed. The Court notes that since that time, this action has remained inactive on the Court's docket.

---

[1] For the convenience of the reader of this document in electronic format, hyperlinks to the court's record and to authority cited have been inserted. No endorsement of any provider of electronic resources is intended by the court's practice of using hyperlinks.

In the instant action, the Court cannot properly control its docket, move this action forward and properly protect the rights of all parties if the petitioner fails to comply with orders issued by this Court. Moreover, such conduct should not be condoned in light of the large prisoner dockets presently pending before the federal courts, all of which require prompt and thorough review.

The petitioner's failure to comply with this Court's order, justifies dismissal of his action.

On the basis of the foregoing, **IT IS RECOMMENDED THAT:**

the instant action be **DISMISSED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States Magistrate Judge**

**Date:** May 14, 2012
O:\shared\REPORTS\2012 Reports\12-0410-01.wpd